# EXHIBIT A

| DISP# | PATIENT INITALS | CARRIER | DATE WON | PROVIDER | AMOUNT | PAID |
|---|---|---|---|---|---|---|
| DISP-101349 | L.M. | BCBS | 12/9/2022 | RAK | $35,650.00 | |
| DISP-82799 | L.M. | BCBS | 11/22/2022 | RAK | $36,650.00 | |
| DISP-147531 | J.K. | BCBS | 12/16/2022 | J. BRISMAN | $32,000.00 | |
| DISP-163935 | J.T. | BCBS | 1/31/2023 | GEORGE | $52,700.00 | |
| DISP-167775 | N.S. | BCBS | 2/2/2023 | BROWN | $22,000.00 | |
| DISP-163968 | J.T. | BCBS | 2/2/2023 | GEORGE | $23,500.00 | |
| DISP-167614 | N.S. | BCBS | 2/3/2023 | BROWN | $99,000.00 | |
| DISP-167802 | N.S. | BCBS | 2/6/2023 | BROWN | $50,000.00 | |
| DISP-168951 | T.P. | BCBS | 2/7/2023 | GEORGE | $18,600.00 | |
| DISP-167711 | N.S. | BCBS | 2/7/2023 | BROWN | $25,000.00 | |
| DISP-167761 | N.S. | BCBS | 2/7/2023 | BROWN | $45,000.00 | |
| DISP-167775 | N.S. | BCBS | 2/7/2023 | BROWN | $22,000.00 | |
| DISP-169081 | J.V. | BCBS | 2/9/2023 | GEORGE | $186,000.00 | |
| DISP-168900 | T. P. | BCBS | 2/9/2023 | GEORGE | $55,800.00 | |
| DISP-168905 | T. P. | BCBS | 2/9/2023 | GEORGE | $38,502.00 | |
| DISP-168937 | T.P. | BCBS | 2/9/2023 | GEORGE | $31,000.00 | |
| DISP-168994 | T.P. | BCBS | 2/9/2023 | GEORGE | $13,020.00 | |
| DISP-160352 | L.M. | BCBS | 3/2/2023 | RAK | $30,587.08 | |
| DISP-169090 | J. V. | BCBS | 3/6/2023 | GEORGE | $58,900.00 | |
| DISP-209592 | M. D. | BCBS | 3/15/2023 | SONSTEIN | $3,231.90 | |
| DISP-209786 | M.D. | BCBS | 3/8/2023 | SONSTEIN | $15,247.81 | |
| DISP-229241 | G.C. | BCBS | 9/23/2022 | SONSTEIN | $22,638.44 | |
| DISP-229904 | M.W. | BCBS | 10/7/2022 | SONSTEIN | $18,139.44 | |